ANTHONY J. PIRROTTI, JR., ESQ. (AJPJR0905)
PIRROTTI LAW FIRM LLC
2 Overhill Road, Suite 200
Scarsdale, New York 10502
Attorneys for Plaintiff
(914) 723-4333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHAEL J. PIRZINGER,

                Plaintiff,

    - against -                              Docket No.
                                                  10 CV 7245(BSJ)(KNF)

DEAN DIMITRIOU a/k/a DEAN DIMITRIOV,

                Defendants.
-----------------------------------------------------------------x

## NOTICE OF MOTION FOR REMAND

| | |
|---|---|
| MOTION BY: | PIRROTTI LAW FIRM LLC<br>Attorneys for Plaintiff |
| ANSWERING PAPERS: | To be served within seven days (7) after service of the moving papers pursuant to Local Civil Rule 6.1 |
| REPLY PAPERS: | Pursuant to Local Rule 6.1 of the U.S. District Court for the Southern District of New York within two (2) days after service of the answering papers above. |
| PLACE OF HEARING: | At United States Court House, 500 Pearl Street, Room 17C, New York, New York |

| | |
|---|---|
| SUPPORTING PAPERS: | Attorney's Affidavit, sworn to the 19th day of October, 2010, Memorandum of Law with supporting documentation |
| RELIEF DEMANDED: | An Order of the Court: (a) granting Plaintiff's instant Motion to Remand the case back to the Bronx County Supreme Court, (b) granting plaintiff costs, expenses and attorneys fees in the amount of NINE HUNDRED AND SEVENTY FIVE ($975.00) DOLLARS, and (c) for such other and further relief as this Court deems just, suitable and proper. |

EXHIBITS:

Exhibit "A":   Summons and Verified Complaint
Exhibit "B":   Notice of Filing and Notice of Removal
Exhibit "C":   Answer
Exhibit "D":   Letter dated 10/13/10

Dated:   Scarsdale, New York
October 19, 2010

PIRROTTI LAW FIRM LLC

By: _____
ANTHONY PIRROTTI, JR. (AJP,JR 0905)
Attorneys for Plaintiff
2 Overhill Road, Suite 200
Scarsdale, New York 10583
(914) 732-4333

TO: RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Defendant and Third-Party Plaintiff
292 Madison Avenue, 11th Floor
New York, New York 10017
Attention: Patrick J. Corbett, Esq.
(212) 953-2381