# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

RECEIVED
OCT 19 2010
KEVIN ... FOX

WRITER'S DIRECT DIAL: (212) 447-4627
E-MAIL: PCorbett@rubinfiorella.com

October 19, 2010

**VIA FAX (212) 805-6712**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10017

USDC ...
DOC...
...
10/20/10

   Re: Pirzinger v. Dimitriou
     Docket No.: 10-CV-7245

     -and-

     In The Matter of The Complaint of Dean Dimitriou
     Docket No.: 10-CV-7865
     Our File No.: 174-17064

Your Honor:

  This firm represents Dean Dimitriou in both referenced matters. We are writing to request the Court's guidance regarding an Initial Conference scheduled for October 26, 2010, in the action under Docket No. 10-CV-7245.

  Pursuant to the Order of Honorable Naomi Reice Buchwald, dated October 14, 2010, in regard to the action under Docket No. 10-CV-7245, (copy enclosed), the further prosecution of all actions already commenced is stayed. Accordingly, we request that the Initial Conference be canceled.

  In addition, should this Court still require a Initial Conference in the action under Docket No. 10-CV-7245, we request that it be adjourned, as prior to the stay we filed a third-party action and commenced service of same upon four (4) third-party defendant's. It serves judicial economy to adjourn the conference until issue is joined with these parties.

10/19/10

*Based on the order issued in the action bearing docket No. 10 Civ. 7865, the conference scheduled previously for October 26, 2010, is adjourned sine die.*

SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Pirzinger v. Dimitriou
Our File No.: 174-17064
October 19, 2010
Page -2-

    Thank you for your consideration of this application.

                                      Respectfully submitted,

                                      Patrick J. Corbett

PJC/cp
Enclosure

cc:    Anthony Pirotti, Esq. (With Enclosure)
       (Via fax - (914)723-4838)

RUBIN, FIORELLA & FRIEDMAN LLP