STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 10-CV-7245   AND FILED ON

| | |
|---|---|
| MICHAEL J. PIRZINGER | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| DEAN DIMITRIOU A/K/A DEAN DIMITRIOV VS | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __10/19/2010__ at __8:55PM__, deponent did serve the within process as follows:

Process Served: SUMMONS ON A THIRD PARTY COMPLAINT AND THIRD PARTY COMPLAINT

Party Served: ROSEMARIE GIACOBBE         (herein called recipient) therein named.
At Location: 11 BEACH FRONT LANE

NEW ROCHELLE NY 10805

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_   Color of Skin _WH_   Color of Hair   _BROWN_
Age _35_   Height _5'6"_   Weight _115_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __10/21/2010__

_Gail Williams_ (signature)

Joseph Vallone
Server's License#: 1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

112/PS 10-63