STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 10-CV-7245          AND FILED ON

| MICHAEL J. PIRZINGER | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| DEAN DIMITRIOU A/K/A DEAN DIMITRIOV VS | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                        )

                                                                        SS

COUNTY OF WESTCHESTER                              )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____10/19/2010_____ at _____8:55PM_____, deponent did serve the within process as follows:

Process Served:          SUMMONS ON A THIRD PARTY COMPLAINT AND THIRD PARTY COMPLAINT

Party Served:          ANTHONY GIACOBBE                                        (herein called recipient)
At Location:          11 BEACH FRONT LANE                                        therein named.

          NEW ROCHELLE NY  10805

By delivering to and leaving with ___ROSEMARIE GIACOBBE, WIFE___ a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☑ dwelling house(usual place of abode) within the state.

On_____10/20/10_____, deponent completed service by depositing a copy of the

          SUMMONS ON A THIRD PARTY COMPLAINT AND THIRD PARTY COMPLAINT

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 35 | Height | 5'6" | Weight | 115 | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____10/21/2010_____

_____

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014

_____
Joseph Vallone

Server's License#: ____1100190____

112/PS10 -64